# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00193-CV

IN RE MINDY MEEKER                            RELATOR

------------

### ORIGINAL PROCEEDING

------------

### **MEMORANDUM OPINION**

------------

The court has considered relator's petition for writ of mandamus and request for temporary relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:   DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED:   June 11, 2010